

2025 East Beltline SE, Suite 600
Grand Rapids, MI 49546
Tel: 616-285-0143
Fax: 616-285-0145
www.secrestwardle.com

Henry S. Emrich
616-272-7960
hemrich@secrestwardle.com

March 13, 2020

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2020**

# MEMO ENDORSED

*Via ECF Only*
Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York

Re: **Adjournment of Settlement Conference**
*Industrial Quick Search et al v Miller, Rosado & Algios, et al*
Case No.: 13-CV-5589 (ER) (BCM)

Dear Judge Moses:

This letter will confirm my telephone discussion of Thursday Afternoon with your staff concerning Tuesday's scheduled settlement conference in this matter and the rapidly evolving developments that are occurring in light of the coronavirus situation.

According to your staff, the Court is willing to allow the conference to go forward by telephone or allow it to be adjourned until all parties can appear, which we all had planned on doing as recently as Tuesday of this week until the rapidly evolving events of the last couple days.

In addition to the settlement discussions Mr. Anesh and I have had, we both agreed that, under the circumstances, requiring my client and I (who are both over the age of 60) to fly to New York where we have been advised not to go would not be advisable. Both Mr. Anesh and I agree that the most effective settlement conference would be one conducted with all parties present. Accordingly, he has authorized me to advise the Court that he and his client are agreeable to an adjournment of the settlement conference until a date when the coronavirus issues have been resolved or minimized, which we hope to occur within the next 30-45 days. I have spoken with my client and our local counsel, Andrew Bluestone, who are all in agreement that adjourning the conference until a date when we can all appear before Your Honor is the most prudent action.

Please confirm that the matter will be adjourned as requested herein. Thank you.

*IQS, et al v Miller, Rosado & Algios, et al*
March 13, 2020
**2** | P a g e

Very truly yours,

SECREST WARDLE

Henry S. Emrich

HSE/clw
cc:     Andrew Bluestone *via email*
        Mark Anesh

5957709_1

> Application GRANTED. The settlement conference scheduled for March 17, 2020 is ADJOURNED *sine die*. No later than **March 20, 2020**, the parties shall file a joint letter proposing three dates, approximately 45 days from today, on which they are available for a settlement conference.
> SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> March 13, 2020