UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDUSTRIAL QUICK SEARCH, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　-against-<br><br>MILLER, ROSADO & ALGIOS, LLP, et al.,<br><br>　　　　　Defendants. | 13-CV-5589 (ER) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge**.

The Court is in receipt of confidential settlement communications, emailed directly to chambers, from plaintiffs and defendants, requesting assistance with a discrete issue relating to settlement. Judge Moses will conduct a settlement-related conference on **February 1, 2021, at 10:00 a.m.** At that time, counsel shall dial **(888) 557-8511**, enter the access code **7746387**, and then enter a security code which will be emailed to the parties closer to the date of the conference. Clients need not attend the conference. In advance of the conference, and no later than January 27, 2021, the parties shall email a confidential joint letter to chambers at Moses_NYSDChambers@nysd.uscourts.gov, which shall contain the exact wording each side proposes with respect to the terms over which they disagree.

Dated: New York, New York
　　　　January 22, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**