

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDUSTRIAL QUICK SEARCH, INC., et al.,

        Plaintiffs,

-against-

MILLER, ROSADO & ALGIOS, LLP, et al.,

        Defendants.

13-CV-5589 (ER) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

The settlement-related conference currently scheduled for February 1, 2021, at 10:00 a.m. is hereby ADJOURNED to **February 2, 2021, at 9:30 a.m.** At that time, counsel shall dial **(888) 557-8511**, enter the access code **7746387**, and then enter a security code which will be emailed to the parties closer to the date of the conference. Clients need not attend the conference.

Dated: New York, New York
       January 28, 2021

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**