UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



INDUSTRIAL QUICK SEARCH, INC., et al.,

    Plaintiffs,

-against-

MILLER, ROSADO & ALGIOS, LLP, et al.,

    Defendants.

13-CV-5589 (ER) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

For the reasons discussed at the February 2, 2021 settlement-related conference, counsel shall email a joint confidential settlement status letter to Judge Moses's chambers at Moses_NYSDChambers@nysd.uscourts.gov no later than **February 9, 2021**.

Dated: New York, New York
      February 2, 2021

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**